### LEE *et al. v.* GROOVER *et al.*

HILL, J.   Plaintiffs in error brought an equitable petition seeking injunctive relief, and also for a mandamus requiring a declaration of the result of a certain election at the hands of election managers. Upon hearing the case the court granted an order refusing the injunction and the mandamus.   The plaintiffs excepted to the order granted, upon the ground that the judgment was contrary to law, and that the court erred "in refusing the injunction and relief." This exception will be treated as based upon the ground of refusal of the court to grant the injunction and relief appropriate to the injunction.   Under the pleadings and evidence in the case there was no error in refusing the injunction and relief.

*Judgment affirmed. All the Justices concur.*

No. 2236.   MAY 11, 1921.

Petition for injunction.   Before Judge Sheppard.   Tattnall superior court.   September 4, 1920.

*C. L. Cowart,* for plaintiffs.

*J. T. Grice* and *W. T. Burkhalter,* for defendants.

---

### BRUTON *v.* HARRELL *et al.,* commissioners.

GEORGE, J.   1. An assignment of error complaining that the court erred in admitting in evidence the report of processioners, accompanied by the surveyor's plat, is incomplete and will not be considered by this court, where the report of the processioners is not set forth either literally or in substance in the bill of exceptions or attached as an exhibit, though the evidence to which the plaintiff in error objected is set out in the brief of evidence.

2. Under the pleadings and the evidence the court did not abuse his discretion in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 2249.   MAY 11, 1921.   REHEARING DENIED JUNE 18, 1921.

Petition for injunction.   Before Judge Harrell.   Decatur superior court.   August 10, 1920.

*J. C. Hale* and *M. E. O'Neal,* for plaintiff.

*Hartsfield & Conger,* for defendants.